UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Rachael Barnett, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> Frito-Lay North America, Inc., <br><br> Defendant | 3:21-cv-00470 |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Rachael Barnett, by and through her undersigned counsel, voluntarily dismisses Defendant Frito-Lay North America, Inc., from this action with prejudice and with each party bearing its own costs, expenses and attorneys' fees.

Dated: December 22, 2021

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080