## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RACHAEL BARNETT,** *Plaintiff,* | ) ) ) |
| vs. | ) CASE NO. 21-cv-470-RJD ) |
| **FRITO-LAY NORTH AMERICA, INC.,** *Defendant.* | ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This matter having come before the Court upon a Voluntary Dismissal filed by the plaintiff.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on December 23, 2021, this case is DISMISSED with prejudice. Each party to bear their own costs.

**DATED: December 23, 2021**

                                                                               **MARGARET M. ROBERTIE**
                                                                               **CLERK OF COURT**

                                                                               By: *s/Jamie Melson*
                                                                                    **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**